**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                         Criminal Number  06-393-M

Jose L. Sintuj-Flores
    (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
            (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

MD 03366
(Attorney & Bar ID Number)

(Firm Name)

717 D Street NW, Suite 310
(Street Address)

Washington, DC  20004
(City)        (State)        (Zip)

202-628-0090
(Telephone Number)