UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Case No. 06-0393-MJ** |
| v. | : | |
| | : | |
| **JOSE L. SINTUJ-FLORES** | : | |

oOoOooo

## UNOPPOSED MOTION TO CONTINUE DETENTION HEARING
## AND REQUEST FOR EXCLUSION OF SPEEDY TRIAL TIME

Jose Sintuj-Florez, Defendant, by his counsel, hereby respectfully requests that the Court continue the detention hearing set for October 18, 2006 at 1:30 PM to allow him to continue plea negotiations as more fully set forth below.

1.  Mr. Sintuj-Flores, who is a non-citizen alien residing in the United States has been charged by complaint with knowing distribution of cocaine, in violation of 21 U.S.C. §841(a)(1), an offense punishable by a maximum term of imprisonment of 20 years.

2.  The offense is one which carries a rebuttable presumption that "no condition or combination of conditions" to authorize release, pursuant to 18 U.S.C. 3142(e).

3.  Mr. Sintuj-Flores wishes to continue the detention hearing pending continued plea negotiations with the government.

4.  Counsel for the government, Martin Carpenter does not oppose the continuance.

5.  Counsel for the defendant and for the government are available for a hearing on Wednesday, November 1, 2006.

6.  Defendant also respectfully asks the Court to exclude speedy trial time from the date of the last hearing to and including November 1, 2006 pursuant to 18 U.S.C. § 3161(h)(1)(I) and

(8)(A), in the interests of justice to allow pretrial resolution of the matter.

6.    Moreover, undersigned counsel is required to attend a conference on October 18, 2006 in New York City with other counsel, a forensic accountant and the defendant in that case in preparation for a sentencing pending in the Eastern District of New York and respectfully requests that the Court grant this continuance and excuse her from appearance on October 18, 2006 at 1:30 PM.

7.    The defendant has been apprised of the situation and consents.

8.    AFPD Carlos Vanegas, counsel for co-defendant Ever Hernandez has agreed to stand in for undersigned counsel in the event the Court desires to proceed with the matter.

WHEREFORE for all the foregoing reasons, Mr. Sintuj-Flores, through counsel respectfully requests that the Court continue the detention hearing until November 1, 2006.

Respectfully submitted,

_____/s/_____
Carmen D. Hernandez
717 D Street, NW
Suite 310
Washington, DC 20004
(202) 628-0090
(202) 628-2881 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that an electronic copy of the above was served on the parties.

_____/s/_____
Carmen D. Hernandez