UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Case No. 06-0393-MJ** |
| **v.** : | |
| : | |
| **JOSE L. SINTUJ-FLORES** : | |

ooooOoooo

**ORDER**

Upon consideration of the Unopposed Motion of defendant Jose L. Sintuj-Flores to continue detention hearing and to exclude Speedy Trial time and good cause having been shown, it is this _____ day of October, 2006,

**ORDERED:**

1) the detention hearing as to Mr. Sintuj-Flores be, and the same hereby, is continued to November 1, 2006 at _____;

2) a period of time from the last hearing to and including November 1, 2006, a total of \_\_\_\_ days be, and the same hereby, is excluded because the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial for purposes of consideration of a pretrial disposition of the matter.

_____
**Honorable Deborah A. Johnson**
**United States Magistrate Judge**