# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES            :

                        :        **Case No. 06-0393-MJ**

   v.                :

                        :

JOSE L. SINTUJ-FLORES          :

               ooooOoooo

## ORDER

Upon consideration of the Unopposed Motion of defendant Jose L. Sintuj-Flores to continue detention hearing and to exclude Speedy Trial time and good cause having been shown, it is this 18th day of October, 2006,

**ORDERED:**

1) the detention hearing as to Mr. Sintuj-Flores be, and the same hereby, is continued to November 1, 2006 at _9:30 am_,

2) a period of time from the last hearing to and including November 1, 2006, a total of _21_ days be, and the same hereby, is excluded because the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial for purposes of consideration of a pretrial disposition of the matter.

                                    **Honorable Deborah A. Johnson**
                                      **United States Magistrate Judge**